# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SCOTT PENTZER,<br><br>Plaintiff,<br><br>v.<br><br>SECURED LAND TRANSFERS, LLC,<br><br>Defendant. | CV-23-88-BU-BMM<br><br>**ORDER** |

    Upon the Joint Stipulation of Dismissal (Doc. 47) and with good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party will bear their own fees and costs.

    DATED this 12th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

-1-